IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                 No.   15-cv-0770 KG/SMW
                                                14-cr-3643 KG-1

**JOEL CORDOVA-ORDAZ**
**aka JOEL ORDEZ-CORDOVA,**

    Defendant/Petitioner.

## ORDER

    This matter is before the Court, sua sponte under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [CV Doc. 1; CR Doc. 29]. The Court will direct the United States to answer Defendant's motion.

    **IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and supporting papers and exhibits, if any, together with a copy of this Order;

    **IT IS FURTHER ORDERED** that, within 23 days of entry of this Order, the United States answer Defendant's § 2255 motion.

    **IT IS SO ORDERED.**

                                                _____
                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**