IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                   No.    15-cv-0770 KG/SMW
                                                14-cr-3643 KG-1

JOEL CORDOVA-ORDAZ
aka JOEL ORDEZ-CORDOVA,

    Defendant/Petitioner.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on the United States of America's Motion for Extension of Time to file a Response to Defendant's Motion under 28 U.S.C. § 2255. [CV Doc. 3; CR Doc. 31]. The Court, being fully advised, finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States of America's Motion for Extension of Time to file a Response to Defendant's Motion under 28 U.S.C. § 2255 [CV Doc. 3; CR Doc. 31] is **GRANTED**. The United States' Response is due **November 27, 2015**.

IT IS SO ORDERED.

                                                         _____
                                                         **STEPHAN M. VIDMAR**
                                                         **United States Magistrate Judge**