**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                      No. 15-cv-0770 KG/SMV
                                                               14-cr-3643 KG-1

JOEL CORDOVA-ORDAZ
aka JOEL ORDEZ-CORDOVA,

    Defendant/Petitioner.

## ORDER APPOINTING COUNSEL

THIS MATTER is before the Court on Defendant/Petitioner ("Petitioner") Joel Cordova-Ordaz's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 ("Motion"), filed on August 31, 2015.  [CV Doc. 1, CR. Doc. 29].[1]  The Honorable Kenneth J. Gonzales, United States District Judge, referred this matter to me for proposed findings and a recommended disposition.  [CV Doc. 5].  Judge Gonzales adopted my recommendation and denied the Motion, except with regard to the issue of whether Petitioner directed his counsel to file an appeal after sentencing.  [CV Doc. 10, CR Doc. 40].  The Court will set a limited evidentiary hearing on that one remaining issue.

Because an evidentiary hearing is necessary, I find that appointment of counsel is also warranted.  *See Swazo v. Wyo. Dep't of Corrs. State Penitentiary Warden*, 23 F.3d 332, 333 (10th Cir. 1994) ("[T]here is a right to counsel in a habeas case when the district court determines that an evidentiary hearing is required."); Rule 8(c) of the Rules Governing

---

[1] References that begin with "CV" are to Case No. 15-cv-0770 KG/SMV.  References that begin with "CR" are to the underlying criminal case, Case No. 14-cr-3643 KG-1.

Section 2255 Cases in the United States District Courts ("If an evidentiary hearing is warranted, the judge must appoint an attorney to represent a moving party who qualifies to have counsel appointed under 18 U.S.C. § 3006A."); § 3006A(a)(2)(B) (the magistrate judge may appoint counsel to a financially qualified individual moving for habeas relief); *see also* [CR Doc. 8] (appointing counsel to Defendant in the underlying criminal case and, thus, implicitly finding him finically eligible).

**IT IS ORDERED, ADJUDGED, AND DECREED** that counsel be appointed, consistent with the requirements of § 3006A and this Court's relevant policies, for the limited purpose of representing Petitioner at the evidentiary hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**