IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                  No. 15-cv-0770 KG/SMV
                                                               14-cr-3643 KG-1

JOEL CORDOVA-ORDAZ
aka JOEL ORDEZ-CORDOVA,

    Defendant/Petitioner.

**ORDER SETTING STATUS CONFERENCE**

**Date and time**:     April 6, 2016, at 1:30 p.m.

**Location**:     Organ Courtroom
                    United States Courthouse
                    100 N. Church St.
                    Las Cruces, NM 88001

**Matter to be heard**:   Scheduling for upcoming evidentiary hearing

      An in-person status conference is hereby set for April 6, 2016, at 1:30 p.m., in the Organ Courtroom, United States Courthouse, 100 N. Church St., Las Cruces, NM 88001, to discuss a setting a briefing schedule and selecting a date for the evidentiary hearing.  No argument will be heard.  Counsel are reminded to have their calendars available.  Clients need not be present.

      **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**