## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                        No. 15-cv-0770 KG/SMV
                                                   14-cr-3643 KG-1

JOEL CORDOVA-ORDAZ
aka JOEL ORDEZ-CORDOVA,

    Defendant/Petitioner.

## ORDER SETTING EVIDENTIARY HEARING

**Location:**        Organ Courtroom
                       United States Courthouse
                       100 N. Church Street
                       Las Cruces, New Mexico

**Date and time**:    Thursday, May 12, 2016, at 9:00 a.m.

**Matter to be heard**:  Evidentiary hearing on whether Petitioner instructed his trial counsel to file a direct appeal

    **IT IS ORDERED** that an in-person evidentiary hearing on is set on the sole remaining issue of whether Petitioner instructed his trial counsel to file a direct appeal. The hearing is set for Thursday, May 12, 2016, at 9:00 a.m. in the Organ Courtroom in the United States Courthouse at 100 N. Church Street Las Cruces, New Mexico.

    **IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**